# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

STATE OF DELAWARE,           )
                                  )
     Plaintiff,             )
                                  )
     v.                     )
                                  )    Cr. ID. No. 1007011756
                                  )
DAMICHAEL L. ALLEN,      )
                                  )
     Defendant.

Submitted: January 11, 2017
Decided: April 25, 2017

Upon Commissioner's Report and Recommendation on Defendant's Motion for Postconviction Relief

**ADOPTED**

## ORDER

This 25th day of April, 2017, the Court has considered the Commissioner's Report and Recommendation, Defendant's Motion for Postconviction Relief, and the relevant proceedings below.

On October 3, 2016, Defendant Damichael L. Allen filed this *pro se* motion for Postconviction relief. The motion was referred to a Superior Court Commissioner in accordance with 10 *Del. C.* § 512(b) and Superior Court Criminal Rule 62 for proposed findings of fact and conclusions of law. The Commissioner issued the Report and Recommendation on December 22, 2016. The

Commissioner recommended that Defendant's Motion for Postconviction Relief be denied.

"Within ten days after filing of a Commissioner's proposed Report and Recommendation . . . any party may serve and file written objections."[1] Neither party has filed an objection to the Commissioner's Report and Recommendation.

The Court holds that the Commissioner's Report and Recommendation dated December 22, 2016 should be adopted for the reasons set forth therein. The Commissioner's findings are not clearly erroneous, are not contrary to law, and are not an abuse of discretion.[2]

**THEREFORE,** after careful and *de novo* review of the record in this action, the Court hereby **adopts the Commissioner's** Report and Recommendation **in its entirety. Defendant's Motion for Postconviction Relief is hereby DENIED.**

**IT IS SO ORDERED.**

The Honorable Mary M. Johnston

---

[1] Super. Ct. Crim. R. 62(a)(5)(ii).

[2] Super. Ct. Crim. R. 62(a)(4)(iv).